IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| JAMES D. RUDIG, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 170306G |
| | ) | |
| v. | ) | |
| | ) | |
| CLACKAMAS COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL**[1] |

Plaintiff appealed Defendant's addition of omitted property value to Account Number 00318374 (subject property) for the 2014–15 to 2016–17 assessment and tax rolls. Defendant requested full access to the subject property for an inspection, which Plaintiff refused. The court granted Defendant's ensuing motion to compel in its Order Compelling Full Inspection of Property, incorporated herein by reference. Thirteen days later, Plaintiff filed a letter withdrawing his Complaint. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's Complaint is dismissed.

Dated this ____ day of February, 2018

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*
*This document was signed by Magistrate Poul F. Lundgren and entered on February 6, 2018.*

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered January 19, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).